

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York  10007*

February 13, 2008

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

> Re:   **United States** v. **Jessica Wolcott**
>         **06 Cr. 1065 (KMK)**

Dear Judge Karas:

　　The Government respectfully writes in advance of the defendant's appearance on the bench warrant this Court issued last week.  As the Court may know, the defendant was taken into federal custody on February 4, 2007 and appeared in the Northern District of New York, where she was detained pending her removal by the Marshal Service to this Court.  This Court has scheduled a conference for tomorrow at 11:30 a.m.

　　When the defendant stood before this Court at sentencing, she said the charges in this case had "definitely been an awakening" and "life is completely different." (Dec. 13, 2007 tr. at 36.)  But two months later, after receiving another chance to remain on bail before starting her jail sentence and despite this Court's stern words at sentencing, she is again in federal custody.  On January 31, 2008, she was arrested for driving with a license that had been suspended since 2006 based on her repeated failure to answer a summons.  At the time of her arrest, she was carrying two sets of bills that both alerted a narcotics canine called in by state troopers: $9,900 in one hundred dollar bills and an additional $519.  She also had a $3,100 cash receipt from November 2007 for a flat screen television and a $689 cash receipt from November 2007 for clothing.  This latest chapter leaves little question that the Court should revoke the defendant's bail, order her to begin serving her 21-month sentence, and order her to repay the full $125,000 she extorted from the executive.

Honorable Kenneth M. Karas
February 13, 2008
Page 2

      In connection with the outstanding restitution and forfeiture issues, the Marshal Service continues to encounter difficulties in obtaining the cash value of the gold in the E-gold accounts in the defendant's name.  Complicating the matter is that E-gold itself is under federal indictment in a prosecution being handled by Department of Justice components in Washington, D.C. and its gold reserves are subject to a restraining order issued by a federal judge in the District of Columbia.  In this light, the Government respectfully requests that the Court (a) enter the preliminary order of forfeiture previously submitted to the Court; (b) order restitution in the amount of $125,000; (c) indicate on the judgment and commitment order that any amount eventually recovered by the Government in forfeiture shall be credited against the defendant's restitution obligation; and (d) delay the defendant's obligation to pay restitution until her release from prison.

      Finally, on Monday, February 11, 2008 the defendant pled guilty to assault in third degree and forgery in the third degree in state court in Seneca County, New York in connection with charges filed in March 2007 relating to a bar fight and her lying to police following that fight.  The defendant was sentenced to one year imprisonment to run concurrently with the sentence in this case.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                        By:   /s/
                               Nicholas S. Goldin
                               Assistant United States Attorney
                               (212) 637-2334

cc:     Suzanne Brody, Esq.